IN THE SUPREME COURT OF NORTH CAROLINA

No. 219A19

Filed 28 February 2020

CRYSTAL COGDILL and JACKSON'S GENERAL STORE, INC.

v.

SYLVA SUPPLY COMPANY, INC. a/k/a SYLVA SUPPLY COMPANY, DUANE JAY BALL, and IRENE BALL

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 828 S.E.2d 512 (N.C. Ct. App. 2019), affirming an order of summary judgment entered on 16 April 2018 by Judge Mark E. Powell in Superior Court, Jackson County. Heard in the Supreme Court on 7 January 2020.

*The Law Firm of Diane E. Sherrill, PLLC, by Diane E. Sherrill, for plaintiff-appellants.*

*Coward, Hicks & Siler, P.A., by J. K. Coward Jr., for defendant-appellees.*

PER CURIAM.

AFFIRMED.